FILED
JUN 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

ALBERT CHAVEZ, Inmate No. R18500, )
        Petitioner, )
VS. )
DONALD HULICK, Warden, )
Menard Correctional Center, )
        Respondent. )

Case Number: 08C50104

Judge: Kapala

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, __Albert Chavez__, declare that I am the (check appropriate box)
   ☒ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:
   Sent two attached letters to criminal defense attorneys requesting pro bono representation in this case. Both were refused.

3. In further support of my motion, I declare that (check appropriate box):
   ☒ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   ☐ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.
   ☒ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.
   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

/s/ Albert Chavez, Inmate No. R18500
P.O. Box 711
Street Address
Menard, Illinois 62259
City/State/Zip

Date: 06-10-08

Date: 05/27 / 2008

From: Albert Chavez, Inmate No. R18500
      Menard Correctional Center
      P.O. Box 711
      Menard, Illinois  62259

To:   Allen Ackerman, Attorney at Law
      2000 N. Clifton Ave.
      Chicago, Illinois  60614

Dear Mr. ackerman:

Please let me know if you would provide me pro bono representation in a federal petition for writ of habeas corpus.

Thank you.

Sincerely,

Albert Chavez

Date: 05 /21 / 2008

From: Albert Chavez
      Inmate No. R18500
      Menard Correctional Center
      P.O. Box 711
      Menard, Illinois  62259

To: Gary Adair, Attorney at Law
    900 W. Jackson Blvd., Suite 5- East
    Chicago, Illinois  60607-3024

Dear Mr. Adair:

Please let me know if you would provide me pro bono representation in a federal petition for writ of habeas corpus on my criminal case.

Sincerely,

Albert Chavez

IN THE UNITED STATES DISTRICT COURT
FOR THE **NORTHERN** DISTRICT OF ILLINOIS,
**WESTERN DIVISION.**

ALBERT CHAVEZ,               )
         Petitioner,         )
                             )
                             )  No. _____
v.                           )
                             )
DONALD HULICK, Warden of the )  The Honorable _____,
Menard Correctional Center,  )
                             )  Judge Presiding.
         Respondent.         )

## NOTICE OF FILING

TO: Illinois Attorney General
    100 W. Randolph Street, 12th. Floor
    Chicago, Illinois 60601

PLEASE TAKE NOTICE that on or before the 16TH day of JUNE, _____, I shall file with the Clerk of the U.S. District Court For The Northern District of Illinois, the attached Motion for Appointment of Counsel a copy of which is hereby served upon you.

By: _____
    Register Number R18500
    Post Office Box 711,
    Menard, Illinois 62259

## CERTIFICATE OF SERVICE

I, Albert Chavez, being duly sworn aver that I have served copies of the foregoing to the person named above by placing such copies in the U.S. Mailbox at the Menard Correctional Center on the 16TH day of JUNE, _____; postage prepaid. UNDER THE PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT.

_____
Affiant/ Petitioner / Pro Se

CERTIFICATE OF SERVICE

The undersigned hereby verifies under penalty of perjury that he mailed a copy of the attached In Forma Pauperis Application and Financial Affidavit to:

    Illinois Attorney General
    100 W. Randolph Street, 12th. Floor
    Chicago, Illinois 60601

by delivering the same in a sealed and correctly addressed envelope to a corrections officer at the Menard Correctional Center in Menard, Illinois on the 16th day of June, 2008, with attachment of sufficient postage to same and delivery of the same into the U.S. Mail to be performed by employees of said prison.

Respectfully submitted,

_____
Albert Chavez
Inmate No. R18500
Menard Correctional Center
P.O. Box 711
Menard, Illinois 62259
Petitioner / Pro Se