**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 50104 |

United States of America ex rel. Albert Chavez

v.

Donald Hulick, Warden, Respondent.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Donald Hulick, Warden, Respondent.

| |
|---|
| NAME (Type or print) <br>     Charles Redfern |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>     s/ Charles Redfern |
| FIRM <br>     Office of the Illinois Attorney General - Criminal Appeals Division |
| STREET ADDRESS <br>     100 W. Randolph, 12th Floor |
| CITY/STATE/ZIP <br>     Chicago, Illinois 60601-3218 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6283811 | 312-814-3565 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES **X** | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO **X** |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES **X** | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐

**CERTIFICATE OF SERVICE**

      I certify that on July 14, 2008, I electronically filed my **Appearance** with the Clerk of the United States District Court for the Northern District of Illinois, Western Division, using the CM/ECF system, and on the same date mailed a copy of these documents via United States Mail to the following non-CM/ECF user:

      Albert Chavez
      R-18500
      Menard Correctional Center
      P.O. Box 711
      Menard, Illinois 62259

      /s/ Charles Redfern
      CHARLES REDFERN, Bar # 6283811
      Assistant Attorney General
      100 W. Randolph Street, 12th Floor
      Chicago, IL 60601-3218
      PHONE: (312) 814-3565
      FAX: (312) 814-2253
      EMAIL: credfern@atg.state.il.us