UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

# F I L E D

### AUG 0 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

In The Matter Of )
)
United States of America, ex rel. )
   Albert Chavez )  Case No.  08 C 50104
       v. )
Donald Hulick )
)

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR REASSIGNMENT

I recommend to the Executive Committee that this case be reassigned to the calendar of Judge  Reinhard    . The reasons for my recommendation are indicated on the reverse of this form.

                                _____
                                      Judge

Dated:  08/04/2008

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the Clerk of the Court reassign the above-captioned cause as recommended in accordance with the Rules.

ENTER:

FOR THE EXECUTIVE COMMITTEE

                      James F. Holderman
                          Chief Judge

Dated:   AUG - 4 2008

2.30H    [x]    I recuse myself from the above-captioned cause for the reasons:

I was on the panel that affirmed petitioner's

conviction.