IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

FILED
AUG 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ALBERT CHAVEZ, ) ) ) | |
| Petitioner, ) ) | |
| v. ) ) | No. 08 C 50104 |
| DONALD HULICK, Warden, Menard Correctional Center, ) ) ) ) | The Honorable Philip G. Reinhard, |
| Respondent. ) | Judge Presiding. |

## TO THE CLERK OF THE UNITED STATES DISTRICT COURT

In compliance with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, the attached Exhibits to respondent's Answer to petitioner's Petition for Writ of Habeas Corpus are hereby filed with this Court:

Exhibit A: Petitioner's Opening Brief on Direct Appeal, *People v. Chavez*, No. 2-03-0071 (Ill.App.);

Exhibit B: State's Brief on Direct Appeal, *People v. Chavez*, No. 2-03-0071 (Ill.App.);

Exhibit C: Rule 23 Order, *People v. Chavez*, No. 2-03-0071 (Ill.App. Aug. 13, 2004);

Exhibit D: PLA to the Supreme Court of Illinois, *People v. Chavez*, No. 99150;

Exhibit E: Order Denying PLA, *People v. Chavez*, No. 99150 (Ill. Nov. 24, 2004);

Exhibit F:   Petitioner's Postconviction Petition, *People v. Chavez*, No. 01 CF 127, Circuit Court for the Fifteenth Judicial Circuit, Ogle County, Illinois (Mar. 29, 2005);

Exhibit G:   State's Motion to Dismiss Petitioner's Postconviction Petition, *People v. Chavez*, No. 01 CF 127, Circuit Court for the Fifteenth Judicial Circuit, Ogle County, Illinois (July 25, 2005);

Exhibit H:   Order Granting State's Motion To Dismiss Petitioner's Postconviction Petition, *People v. Chavez*, No. 01 CF 127, Circuit Court for the Fifteenth Judicial Circuit, Ogle County, Illinois (Dec. 19, 2005);

Exhibit I:   Petitioner's Opening Brief on Postconviction Appeal, *People v. Chavez*, No. 2-06-0070 (Ill.App.);

Exhibit J:   State's Brief on Postconviction Appeal, *People v. Chavez*, No. 2-03-0071 (Ill.App.);

Exhibit K:   Petitioner's Reply Brief on Postconviction Appeal, *People v. Chavez*, No. 2-06-0070 (Ill.App.);

Exhibit L:   Rule 23 Order, *People v. Chavez*, No. 2-06-0070 (Ill.App. Nov. 27, 2007);

Exhibit M:   PLA to the Supreme Court of Illinois, *People v. Chavez*, No. 105831;

Exhibit N:   Order Denying PLA, *People v. Chavez*, No. 105831 (Ill. Mar. 26, 2008);

August 19, 2008                    Respectfully submitted,

                                                LISA MADIGAN
                                                Attorney General of Illinois

By: _____
     CHARLES REDFERN, Bar No. 6283811
     Assistant Attorney General
     100 W. Randolph Street, 12th Floor
     Chicago, IL 60601-3218
     PHONE: (312) 814-3565
     FAX: (312) 814-2253
     EMAIL: credfern@atg.state.il.us

Document Not Imaged

The paper documents is available in the Clerk's Office Files Department